IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ROBERT W JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER R. PHILLIPS, Badge #348,<br><br>Defendant. | Civil No. 24-00399 MWJS-RT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES AND DISMISS THE COMPLAINT WITHOUT PREJUDICE |

**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO
GRANT PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING
FEES AND DISMISS THE COMPLAINT WITHOUT PREJUDICE**

Findings and Recommendation having been filed and served on all parties on October 22, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to Grant Plaintiff's Application to Proceed Without Prepaying Fees and Dismiss the Complaint Without Prejudice, ECF No. 5, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  November 5, 2024, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge